FILED

UNITED STATES DISTRICT COURT
for the MIDDLE DISTRICT of FLORIDA
ORLANDO DIVISION

2022 JUL -8 PM 1:16

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Case No.: 6:22-cv-1147

Jury Trial Demand

Michael Joseph Wright
    Plaintiff

v.

Elliott Edwards
    Defendant

_____/

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

Michael J. Wright pro se
Plaintiff
13419 Summerton Dr.
Orlando, FL 32824
wrimichael1958@gmail.com
(347) 931-4928

I. Parties to This Complaint

  A. The Plaintiff

    Michael Joseph Wright
    13419 Summerton Dr.
    Orlando, Fl. 32824

  B. The Defendant

    Elliott Edwards
    Deputy Sheriff
    ID badge # 2206
    2601 Irlo Bronson Memorial Hwy.
    Kissimmee, FL. 34744

    [X] <u>Individual Capacity</u>

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, Plaintiff Michael Joseph Wright does sue local official deputy sheriff Elliott Edwards in an individual capacity for the "deprivation of rights, privileges, or immunities secured by the Constitution and [federal laws]."

  A. Suit against

    [X]State or local officials (a § 1983 claim)

  B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Suing under section 1983, Plaintiff Wright states the federal constitutional or statutory right(s) Wright claims

1

is/are/were violated by state or local officials: <u>United States Constitution Amendment 4</u> "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized." AND <u>United States Constitution Amendment 14 Section 1</u> "All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

C. Section 1983 allows defendants to be found liable only

when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. Suing under section 1983, Wright explains how defendant

2

acted under color of state or local law: <u>On December 4, 2021, defendant Edwards, dressed in a uniform and operating an identified Osceola County Sheriff's patrol vehicle unreasonably searched and seized Plaintiff Wright without a warrant, transported Wright to the Osceola County Jail and subsequently filed false and fraudulent Information as justification for kidnapping Plaintiff Wright</u>

III. Statement of Claim

"As briefly as possible", the facts of Plaintiff's case.

A. Location of the events giving rise to Plaintiff's claims occurred in city of Kissimmee, county of Osceola, Florida.

B. Date and approximate time of the events giving rise to Plaintiff's claim(s): At approximately 10:32PM December 4, 2021 Plaintiff Wright was kidnapped by Elliott Edwards and forcibly taken to Osceola County Jail. Approximately 3:00PM April 21, 2022 Plaintiff was discharged of <u>all</u> false accusations alleged by perjurer defendant Edwards.

C. <u>THE FACTS</u>

1) Pursuant to 28 U.S.Code§1746 "I declare (or certify, verify or state) under penalty of perjury that <u>THE FACTS</u> are true and correct. Executed on <u>July 8, 2022</u> by <u>Michael J. Wright</u>.

3

2) Defendant deputy sheriff Elliott Edwards, acting under color of state law, violated and deprived Michael Joseph Wright of rights, privileges, or immunities secured by the Constitution and [federal laws] of the United States.

3) Probable Cause did not exist for the seizure of Michael Joseph Wright. On December 4, 2021 at approximately 10:30PM the person of Michael Joseph Wright was unreasonably seized by law enforcement officer El Edwards. After Wright provided his bona fide Florida driver license to deputy Edwards, deputy Edwards returned to Wright's vehicle from Edwards vehicle and ordered Wright to exit Wright's vehicle and further ordered Wright to place his arms behind his back (Edwards then placed hand cuffs on Wright's wrists). Wright did not request or consent to the excessive force of the presumed law enforcement officer. No further information was exchanged between Wright and Edwards.

4) Subsequent to the unconstitutional kidnapping of Plaintiff Wright, defendant deputy Edwards unconstitutionally seized Wright's vehicle which required Wright to pay excessive amount of money for the return of his property.

5) Plaintiff Wright certifies that defendant Edwards made false and intentional material misstatements in his perjured probable cause affidavit.

6) FOR DECADES the law is clearly established that the

4

Constitution prohibits a police officer from knowingly making false statements in an arrest affidavit about the probable cause for an arrest in order to detain a citizen.

7) The issue of false statement[s]: defendant Edwards perjured probable cause affidavit and/with Edwards citation # A3LQYIP certifies "citation was delivered to the person cited above and certify the charge above". Wright certifies the citation was not delivered to the person cited above and DOES NOT bear Wright's signature; furthermore, the perjured probable cause statement of defendant Edwards contains ZERO evidence that Plaintiff had knowledge that his driver license was suspended.

8) The fraudulent perjured documents submitted by defendant Edwards were the basis of false accusations in circuit court case[s] 21 CF 003529 and 21 CF 003531 (both cases removed); that eventually terminated in Wright's favor in County Court case # 22 CT 77 - case dismissed approximately 3:00PM April 21, 2022; *See attached appendix attachment;* (approximately 108 days unconstitutional imprisonment)

9) Defendant Edwards made additional numerous false statements aside from the issuance/certification/delivery of a citation.

10) Plaintiff Wright has presented a valid bona fide prima facie demonstration of violation of clearly established Constitutional Right[s] and the defendant IS NOT entitled to any type immunity.

5

IV. Injuries

108 days incarcerated and falsely imprisoned in a cage against free will of Plaintiff.

V. Relief

Due process and the equal protection of the laws.

Actual Damages of $2,808.00 for the cost of return of my unconstitutionally seized property/vehicle; $5,400,000.00 for wrongful imprisonment.

Punitive Damages of $25,000,000.00

Armed Kidnapping is a federal offense. PROSECUTION of defendant.

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 8, 2022

Signature of Plaintiff *Michael J. Wright*

Printed Name of Plaintiff Michael Joseph Wright

6